# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO ALFARO-RAMIREZ,<br><br>Defendant. | CR 26-01-BU-WWM<br><br>ORDER SETTING CHANGE OF PLEA HEARING |

Upon review of Defendant's Unopposed Motion to Change Plea (Doc. 20),

**IT IS HEREBY ORDERED** that the jury trial set for March 16, 2026 (Doc. 19) is **VACATED**.

**IT IS FURTHER ORDERED** that the undersigned will conduct a change of plea hearing on **Thursday, February 12**, **2026, at 9:00 a.m.** in the Russell Smith Courthouse, in Missoula.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 3rd day of February, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE